No. 1. Pérez *v.* Sepúlveda, Juez de Distrito.—Petición para que se expida mandamiento por causa de error (*writ of error*), a la Corte de Distrito de Mayagüez. Resuelto en marzo 11, 1912. Sin lugar la moción. Abogado del peticionario: *Sr. José Ramón Freyre.*

---

No. 829. Ramos *v.* Sucesión Cabán.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para que se desestime la apelación. Resuelto en marzo 11, 1912. Sin lugar la moción. Abogado del promovente: *Sr. Carlos Franco Soto.* Abogado de la parte contraria: *Sr. Augusto Malaret.*

---

No. 873. Huete *v.* Teillard.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en marzo 11, 1912. Sin lugar la moción. Abogado del promovente: *Sr. José Benet.* Abogado de la parte contraria: *Sr. Cayetano Coll y Cuchí.*

---

No. 761. García et al. *v.* Garzot.—Apelación procedente de la Corte de Distrito de Humacao. Moción para unir al récord ciertos documentos. Resuelto en marzo 13, 1912. Con lugar la moción. Abogado del promovente: *Sr. Juan Hernández López.* Abogado de la parte contraria: *Sr. Luis Llorens Torres.*

---

No. 831. Burgos *v.* Báez et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Resuelto en marzo 13, 1912. Desestimada la apelación a instancia del apelante. Abogado del promovente: *Sr. Antonio Sarmiento.* Abogado de la parte contraria: *Sr. Herminio Díaz Navarro.*